IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| JOHNNY WALTER QUICK | § | |
| SSN: xxx-xx-2256 | § | CASE NO: 10-11372 |
| | § | |
| Debtor(s) | § | JUDGE DRAKE |
| | § | |

**<u>AMENDMENT</u>**

COMES NOW, JOHNNY WALTER QUICK, debtor(s), by and through his undersigned attorney and amends his Chapter 13 Bankruptcy as follows:

1. Amend Schedule "A" Real Property (See attached).

2. Amend Schedule "C" Property Claimed as Exempt (See Attached).

3. Amend Schedule "I" Current Income of Individual Debtor(s) (See attached).

4. Amend Schedule "J" Current Expenditures of Individual Debtor(s) (See Attached).

5. Amend Summary of Schedules & Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (See Attached).

WHEREFORE, Debtor(s) pray that this Amendment be allowed.

/S/ James N. Stanley, Jr.
James N. Stanley. Jr.
Attorney For Debtor
Ga. Bar No. 675077

325 South Ninth Street
P.O. Box 185
Griffin, Georgia 30224
Office (770) 228-5760
Fax (770) 412-1302

B6A (Official Form 6A) (12/07)

In re **Johnny Walter Quick, Jr.**, Case No. **10-11372**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2000 Pioneer 28 X 48 Mobile Home & lot (under 1 acre) located at 120 Camelia Drive, Forsyth, GA 31029 | Fee simple | H | 50,000.00 | 51,520.81 |
| Coosawatte Camp Lot (7906). Camp lot located in Ellijay (Gilmer County), Georgia. Legal Description: LT C226 Eable Mtn HP 54. Parcel Number 3052P 013. | Fee simple | H | 4,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 54,000.00 | (Total of this page) |
| Total > | 54,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Johnny Walter Quick, Jr.**, Debtor

Case No. **10-11372**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Coosawatte Camp Lot (7906). Camp lot located in Ellijay (Gilmer County), Georgia. Legal Description: LT C226 Eable Mtn HP 54. Parcel Number 3052P 013. | Ga. Code Ann. § 44-13-100(a)(6) | 4,000.00 | 4,000.00 |
| **Cash on Hand** | | | |
| Cash | Ga. Code Ann. § 44-13-100(a)(6) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account | Ga. Code Ann. § 44-13-100(a)(6) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| Misc. household goods and furnishings | Ga. Code Ann. § 44-13-100(a)(4) | 1,800.00 | 1,800.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | Ga. Code Ann. § 44-13-100(a)(4) | 180.00 | 180.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry | Ga. Code Ann. § 44-13-100(a)(5) | 75.00 | 75.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Kawasaki Motorcycle | Ga. Code Ann. § 44-13-100(a)(3) | 2,000.00 | 2,000.00 |
| 1997 Honda Civic | Ga. Code Ann. § 44-13-100(a)(3) | 1,500.00 | 1,900.00 |
|  | Ga. Code Ann. § 44-13-100(a)(6) | 400.00 | |
| | Total: | 10,105.00 | 10,105.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Johnny Walter Quick, Jr.** Case No. **10-11372**
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Daughter** | AGE(S): **7** **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Fire Department** | **Financial Secretary** |
| Name of Employer | **City of Morrow** | **Crestview Baptist Church** |
| How long employed | **10 Months** | **7 Years** |
| Address of Employer | **1500 Morrow Road** **Morrow, GA 30260** | **1670 North Expressway** **Griffin, GA 30223** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,716.00** | $ **1,390.91** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,716.00** | $ **1,390.91** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **165.40** | $ **142.74** |
|    b. Insurance | $ **0.00** | $ **346.84** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **165.40** | $ **489.58** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,550.60** | $ **901.33** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **P.T. Job - Hospital Ambulance of GA ($1,128.79G/$1,030.24 N)** | $ **1,030.24** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,030.24** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,580.84** | $ **901.33** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **3,482.17** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**The debtor(s) do not anticipate any substantial increases or decreases in income within the year following the filing of this case. If there are any substantial changes to the debtors income, either increases or decreases, the debtor(s) will amend Sch. I.**

B6J (Official Form 6J) (12/07)

In re **Johnny Walter Quick, Jr.**                                      Case No. **10-11372**
                                       Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 750.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | |
| b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 225.00 |
| b. Water and sewer | $ 25.00 |
| c. Telephone | $ 115.00 |
| d. Other  **Cable** | $ 55.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 805.17 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 120.00 |
| 8. Transportation (not including car payments) | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 242.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Children after school care/school lunches/school expenses** | $ 275.00 |
| Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,287.17 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**The debtor(s) anticipate increases in expenses within the year following the filing of this case based upon annual inflation and increases in gas and utility costs. The debtor(s) do not know of any other substantial increases or decreases in expenses.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 3,482.17 |
| b. Average monthly expenses from Line 18 above | $ 3,287.17 |
| c. Monthly net income (a. minus b.) | $ 195.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Johnny Walter Quick, Jr.**, Debtor

Case No. **10-11372**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 54,000.00 | | |
| B - Personal Property | Yes | 3 | 6,105.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 51,520.81 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 1,430.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,482.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,287.17 |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 60,105.00 | | |
| Total Liabilities | | | | 52,950.81 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Johnny Walter Quick, Jr.**,
Debtor

Case No. **10-11372**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,482.17 |
| Average Expenses (from Schedule J, Line 18) | 3,287.17 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,209.94 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,520.81 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,430.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,950.81 |

LOCAL FORM 5005-7(c)(3)(B)

In re  **Johnny Walter Quick, Jr.**                                              Case No.  **10-11372**
                              Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENTS OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury -

(1) My attorney is filing on my behalf

☐ the original of or    ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☐ Schedule F |
| ☐ List of all Creditors | ☐ Schedule G |
| ☐ *List of 20 largest creditors | ☐ Schedule H |
| ☒ Schedule A | ☒ Schedule I |
| ☐ Schedule B | ☒ Schedule J |
| ☒ Schedule C | ☐ *Declaration Concerning Debtor's Schedules |
| ☐ Schedule D | ☐ *Statement of Financial Affairs |
| ☐ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Date  **July 27, 2010**                           Signature   **/s/ Johnny Walter Quick, Jr.**
                                                              **Johnny Walter Quick, Jr.**
                                                              Debtor

Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s) (or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Date:  **July 27, 2010**                           **/s/ James N. Stanley, Jr.**
                                                   Signature of Attorney
                                                   **James N. Stanley, Jr.  675077**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                              Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| JOHNNY WALTER QUICK | § | |
| SSN: xxx-xx-2256 | § | CASE NO: 10-11372 |
| | § | |
| Debtor(s) | § | JUDGE DRAKE |
| | § | |

## CERTIFICATE OF SERVICE

This is to Certify that I have this date served a copy of the within and foregoing Amendment on the following:

Adam M. Goodman, Trustee
Suite 200
260 Peachtree St. N.W.
Atlanta, Georgia 30303

by placing a copy of same in the United States Mail in properly addressed envelope with adequate postage affixed thereon to insure delivery.

This 27th of July, 2010.

/S/ James N. Stanley, Jr.
James N. Stanley. Jr.
Attorney For Debtor
Ga. Bar No. 675077

325 South Ninth Street
P.O. Box 185
Griffin, Georgia 30224
Office (770) 228-5760
Fax (770) 412-1302

**10-11372-whd** Johnny Walter Quick
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** W. Homer Drake
Date filed: 04/09/2010 **Date of last filing:** 06/17/2010

## Creditors

**AT&T formerly Bellsouth**
c/o AFNI
P.O. Box 3427
Bloomington, IL 61702

**Dr Evans**
210 Addavale Street
Griffin, GA 30224

**GREEN TREE SERVICING LLC**
PO BOX 6154
Rapid City, SD 57709-6154

**Green Tree Servicing LLC**
7360 S. Kyrene Rd.
Recovery Dept - T120
Tempe, Az 85283

**GREEN TREE SERVICING LLC**
PO BOX 6154
RAPID CITY, SD 57709-6154

**Greenpoint Credit, LLC**
c/o Thomas S. Topping
1930 N. Druid Hills Rd., #B
Atlanta, GA 30319

**Greentree Servicing**
332 Minnesota St., Ste 610
Saint Paul, MN 55101

**Spalding Regional Hospital**
P.O. Box 740790
Atlanta, GA 30374

**Textron Business Services**
P.O. Box 29352
Phoenix, AZ 85038-9352