IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| JOHNNY WALTER QUICK, JR., | § | CASE NO: 10-11372 |
| SSN: xxx-xx-2256 | § | |
| | § | JUDGE DRAKE |
| Debtor(s) | § | |

<u>OBJECTION TO PROOF OF CLAIM OF GREEN TREE SERVICING, LLC, CLAIM # 1</u>

COMES NOW, JOHNNY WALTER QUICK, JR. debtor(s), by and through his undersigned attorney and Objects to the Proof of Claim filed by Green Tree Servicing, LLC, Claim Number 1 for the following reason(s): The Debtor objects to this claim as the collateral securing the claim was repossessed and is no longer in the debtor's possession.  The debtor believes the collateral may have a value equal to or greater than the loan amount.  The claim asserts a deficiency balance amount due, but there is no evidence of a public sale, legal notification to the debtor or other mitigation evidencing such.  The asserted repossession date was 5/3/10 and the asserted sales date was 5/20/10.  Only 17 days passed between those dates and no notice of a public sale was provided both of which may contravene collection of a deficiency balance.  Therefore, unless this claim is withdrawn or amended to provide some evidence of a legal public sale or other mitigation, this claim should be stricken and disallowed.

WHEREFORE, Debtor prays that the Proof of Claim filed by Green Tree Servicing, LLC, Claim Number 1 be stricken and disallowed.

                                                                   <u>/S/ James N. Stanley</u>
                                                                   James N. Stanley, Jr., Esq.
                                                                   Attorney for Debtor
325 South Ninth Street                        GA. Bar No. 675077
P.O. Box 185
Griffin, Georgia 30224
Office (770) 228-5760
Fax (770) 412-1302

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| JOHNNY WALTER QUICK, JR., | § | CASE NO: 10-11372 |
| SSN: xxx-xx-2256 | § | |
| | § | JUDGE DRAKE |
| Debtor(s) | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Johnny Walter Quick, Jr. has filed Objection To Proof of Claim and related papers with the Courts seeking an order to Objection to Proof of Claim**.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection to Proof of Claim in Newnan Division, 2nd Floor, Lewis R. Morgan Federal Building, 18 Greenville Street, Newnan, Georgia, at 9:20 a.m. on **November 17, 2010.**

Dated: October 5, 2010        /S/ James N. Stanley
James N. Stanley, Jr., Esq.
Counsel for Movant
GA. Bar No. 675077
325 South Ninth Street
P.O. Box 185
Griffin, Georgia 30224

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| JOHNNY WALTER QUICK, JR., | § | CASE NO: 10-11372 |
| SSN: xxx-xx-2256 | § | |
| | § | JUDGE DRAKE |
| Debtor(s) | § | |

CERTIFICATE OF SERVICE

    This is to Certify that I have this 5th day of October, 2010 served a copy of the foregoing Objection To Proof Of Claim on the following parties via U.S. Mail:

Adam M. Goodman, Trustee
260 Peachtree St. N.W.
Suite 200
Atlanta, GA 30303

Johnny Walter Quick, Jr.
1437 Lucky Street
Griffin, GA 30223

Green Tree Servicing, LLC
Attn: Herschel Hoyt, Bankruptcy Supervisor
7360 S. Kyrene Rd. Recovery Dept. T-120
Tempe, AZ 85283

/S/ James N. Stanley
James N. Stanley, Jr., Esq.
Attorney for Debtor
GA. Bar No. 675077

325 South Ninth Street
P.O. Box 185
Griffin, Georgia 30224
Office (770) 228-5760
Fax (770) 412-1302