**IT IS ORDERED as set forth below:**

Date: November 22, 2010

_____
W. H. Drake
U.S. Bankruptcy Court Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| JOHNNY WALTER QUICK, JR. | § | CASE NO: 10-11372 |
| SSN: xxx-xx-2256 | § | |
| | § | JUDGE DRAKE |
| Debtor(s) | § | |

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM OF GREEN TREE SERVICING, LLC, CLAIM #1

Before the Court is the Debtor's Objection to the Proof of Claim filed by Green Tree Servicing, LLC, Claim Number 1, in the above-captioned Chapter 13 Case. The hearing was held November 17, 2010 at 9:20 a.m. in the Courtroom at the United States Courthouse on the second floor in Newnan, Georgia.

Debtors Counsel and the Chapter 13 Trustee were present at the call of the calendar. No representative appeared on behalf of Green Tree Servicing, LLC. Based on the aforementioned, the Trustee having no opposition as evidenced by his signature and for good cause; it is hereby

ORDERED that the Objection to the Proof of Claim is SUSTAINED; and the proof of claim filed by Green Tree Servicing, LLC, Claim Number 1 is STRICKEN AND DISALLOWED in its entirety.

**END OF DOCUMENT**

Consented to by:

/s/ James N. Stanley, Jr.
James N. Stanley, Jr.
James N. Stanley Jr., P.C.
Attorney for the Debtor
325 South Ninth Street
P.O. Box 185
Griffin, GA 30224
Attorney for Debtor
GA Bar No.  675077

No Opposition by:

/s/ Adam M. Goodman
Adam M. Goodman by James N. Stanley, Jr.,
with Express Permission
Suite 200
260 Peachtree St., N.W.
Atlanta, GA 30303
GA Bar No. 300887
CHAPTER 13 TRUSTEE

DISTRIBUTION LIST

James N. Stanley, Jr.
325 S. 9th Street
PO Box 185
Griffin, GA  30224

Green Tree Servicing, LLC
Attn: Herschel Hoyt, Bankruptcy Supervisor
7360 S. Kyrene Rd, Recovery Dept T-120
Tempe, AZ 85283

Adam M. Goodman
Chapter 13 Trustee
Suite 200  260 Peachtree St.
Atlanta, GA  30303

Johnny Walter Quick, Jr.
1437 Lucky Street
Griffin, GA 30223